

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Ryan Drilling, LLC d/b/a
O'Ryan Drilling and
Ryan Hoerauf,

Vs. No. 11-23-00220-CV

B&R Downhole Services, LLC,

\* From the 161st District Court
   of Ector County,
   Trial Court No. B-1705-0594-CV.

\* September 18, 2025

\* Memorandum Opinion by Bailey, C.J.
   (Panel consists of: Bailey, C.J.,
   Williams, J., and Wright, S.C.J.,
   sitting by assignment)
   (Trotter, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the orders below. Therefore, in accordance with this court's opinion, we reverse the orders of the trial court, in which it awarded monetary sanctions against Ryan Drilling, LLC d/b/a O'Ryan Drilling and Ryan Hoerauf, and we render judgment that B&R Downhole Services, LLC take nothing in connection with its request for monetary sanctions against those parties. The costs incurred by reason of this appeal are taxed against B&R Downhole Services, LLC.